IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMES R DAVIS**                                                                                          **PETITIONER**
*ADC #143465*

**V.**                                       **CASE NO. 2:20-cv-00117-JTK**

**GARY MUSSELWHITE**
*Warden, Grimes Unit ADC*                                                                              **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Davis's Petition is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 21st day of October, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE